CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Travelodge Hotels, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation, | : |
| Plaintiff, | : Civil Action No. 13-CV-01438 (CCC) (JAD) |
| v. | : |
| RAPTOR HOTELS, LLC, a Mississippi Limited Liability Company, | : **FINAL JUDGMENT BY DEFAULT** |
| Defendant. | : |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendant, Raptor Hotels, LLC (the "Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on March 8, 2013, seeking damages as a result of the breach of a franchise agreement between THI and Defendant; and service of the Summons and Complaint having been effectuated with respect to Defendant by serving it via certified and regular mail on April 24, 2013; and it appearing that default was duly noted by the Clerk of the Court against Defendant on May 29, 2013 for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 21st day of August, 2013,

**ORDERED, ADJUDGED, AND DECREED** that THI have judgment against Defendant in the total amount of $485,567.18, comprised of the following:

a) $284,871.35 for liquidated damages (principal plus prejudgment interest);

b) $194,596.76 for Recurring Fees (principal plus prejudgment interest); and

c) $6,099.07 for attorneys' fees and costs.

_____
**HONORABLE CLAIRE C. CECCHI, U.S.D.J.**